# United States District Court
## District of Massachusetts

| Szueto, Sui Fong a/k/a<br>Ah Fong, Bike Fong,<br>Crippled Fong, Paul Szueto<br>Defendant<br><br>v.<br><br>United States of America<br>Plaintiff |
|---|

Case No. 93-1035007NMG

04-40025-NMG

**DECLARATION IN SUPPORT OF**
**REQUEST TO PROCEED IN**
**FORMA MATTERS**

    I Szeto, Sui Fong declare that I am the Defendant (pro se) in the above captioned case. That in support of my motion to proceed without being required to repay fees, cost or give security therefore, I state that because of my poverty, I believe that I am entitled to relief.

    I am employed but did not receive any other benefits in the past. Nor do I own any cash, money in checking or saving account. Nor do I owe any real estate, stocks, bond notes, automobiles or other valuable property.

    I state under penalty of perjury that the foregoing is true and correct.

    Dated: Feb 11th, 2004

                                              Respectful submitted

                                              Sui Szeto Fong

C.C. Copy